IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GENTAG, INC. and ALTIVERA, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES<br>and ABBOTT DIABETES CARE INC.<br><br>Defendants. | Case No. 1:23-cv-310<br><br>Judge Martha M. Pacold<br><br>Magistrate Judge Jeffrey T. Gilbert |

## MOTION TO WITHDRAW AS COUNSEL

Defendants, Abbott Laboratories and Abbott Diabetes Care Inc. (collectively "Abbott"), by and through their counsel, respectfully moves this Court for an order withdrawing the appearance of attorney Giri Pathmanaban of Latham & Watkins LLP as counsel of record. In support of their motion, Abbott states as follows:

1. On February 8, 2023, Giri Pathmanaban filed a Motion for Leave to Appear Pro Hac Vice on behalf of Defendants Abbott Laboratories and Abbott Diabetes Care Inc..

2. On February 9, 2023, this Court granted Giri Pathmanaban's Motion for Leave to Appear Pro Hac Vice.

3. Effective March 28, 2025, Giri Pathmanaban will be leaving Latham & Watkins LLP and will no longer be representing defendants in this matter.

4. Defendants will not be prejudiced if this motion is granted. Latham & Watkins LLP will continue to represent Defendant in the above-captioned matter, and representation of Defendant is otherwise unchanged.

5.       Accordingly, this withdrawal will not cause any delay or prejudice to any party or the court.

**WHEREFORE**, Defendant respectfully requests that this Court enter an order granting Defendant leave to withdraw Giri Pathmanaban as attorney of record for Defendants Abbott Laboratories and Abbott Diabetes Care Inc.

| | |
|---|---|
| Date:  March 28, 2025 | Respectfully submitted, |
| | _/s/ Giri Pathmanaban_ |
| | Giri Pathmanaban (*pro hac vice*) |
| | LATHAM & WATKINS LLP |
| | 300 Colorado Street, Suite 2400 |
| | Austin, TX 78701 |
| | Telephone:  (737) 910-7300 |
| | Facsimile:  (737) 910-7301 |
| | giri.pathmanaban@lw.com |
| | |
| | *Attorney for Defendants Abbott Laboratories and Abbott Diabetes Care Inc* |